RECEIVED

JUN 27 2011

TONY R. MOORE, CLERK
BY_____
        DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| JESSE GRANVILLE, JR. | * | CIVIL ACTION NO. 10-1049 |
| VERSUS | * | JUDGE TOM STAGG |
| MICHAEL J. ASTRUE, COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | * | MAG. JUDGE KAREN L. HAYES |

# JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED, ADJUDGED, AND DECREED that the motion for summary judgment [doc. # 17] filed by defendant, Michael J. Astrue, Commissioner, Social Security Administration is hereby **GRANTED**, dismissing, with prejudice, plaintiff's complaint as time-barred, insofar as it seeks review of the Commissioner's September 1, 2009, decision, and otherwise dismissing, without prejudice, plaintiff's complaint as premature for failure to exhaust administrative remedies.

THUS DONE AND SIGNED in chambers, this 27th day of June, 2011 in Shreveport, Louisiana.

TOM STAGG
UNITED STATES DISTRICT JUDGE